# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEE JOHNSON,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-1698 |
| v. | : | (JUDGE MANNION) |
| **PSI PIZZA, INC.,** t/a Domino's Pizza and **MICHAEL J. NOLAN,** | : : | |
| Defendants | : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' unopposed motion for summary judgment, **(Doc. No. 36)**, is **GRANTED**; and

**(2)** the Clerk of Court is directed to enter judgment in favor of the defendants; and

**(3)** the Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: **January 14, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-1698-01.ORDER.wpd