# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEE JOHNSON,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:11-1698** |
| **v.** | : | **(JUDGE MANNION)** |
| **PSI PIZZA, INC.** | : | |
| t/a Domino's Pizza and | | |
| **MICHAEL J. NOLAN,** | : | |
| **Defendants** | : | |

# O R D E R

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

the plaintiff's motion for reconsideration, **(Doc. 47)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 24, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-1698-02-ORDER.wpd